NEIL STRUYK, BUILDING INSPECTOR OF THE BOROUGH OF NORTH HALEDON, PLAINTIFF-RESPONDENT, v. SAMUEL BRAEN'S SONS, DEFENDANT-APPELLANT.

Argued April 28, 1952—Decided May 5, 1952.

*Mr. Hugh C. Spernow* argued the cause for the appellant (*Messrs. Evans, Hand and Evans,* of counsel).

*Mr. Paul Rittenberg* argued the cause for the respondent (*Mr. Peter Hofstra,* attorney; *Mr. Howard Stern,* on the brief).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge William J. Brennan, Jr., in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING and JACOBS—5.

*For reversal*—None.